IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Mark H. Wagner
                Petitioner,

    v.                              06-MC-93(A)

United States; Internal Revenue
Service
                Respondent.

## ORDER

Mark H. Wagner ("petitioner") petitioned this Court to Quash an IRS Summons issued to Manufacturers and Traders Trust Company ("the IRS Summons"), and the United States Internal Revenue Service ("the government") cross-moved to enforce the IRS Summons.

This matter came on for a hearing before this Court on the 2nd day of March, 2007, and the United States Attorney, by Mary K. Roach, Assistant United States Attorney, of counsel, having appeared in opposition to the Motion to Quash and in support of the Cross-Motion to Enforce the IRS Summons, and petitioner also having appeared on March 2, 2007, in support of the Motion to Quash and in opposition to the Cross-Motion to Enforce the IRS Summons, and good cause appearing therefor; it is

ORDERED, that the Petition to Quash IRS Summons is denied, and the government's Cross-Motion to Enforce IRS Summons is granted.  It appears that Manufacturers and Traders Trust Company

may have provided the requested information on or about December 18, 2006.  If Manufacturers and Traders Trust Company has not provided all of the information sought by the government in the subpoena, Manufacturers and Traders Trust Company is directed to appear before Howard Mostovy, Internal Revenue Agent, and produce for examination the following documents and records:

1) With respect to Checking and/or Savings accounts for the above individuals for the following time periods:

>January 1, 2000 through December 31, 2000
>January 1, 2001 through December 31, 2001
>January 1, 2003 through December 31, 2003

A copy of ALL MONTHLY STATEMENTS for the checking and/or savings accounts bearing the following Account Numbers:

>Account Number 62701000008890463337
>Account Number 61707000008890463337.

SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  March 5, 2007